UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                Criminal No. 06-cr-130-01-JD

<u>Courtney Weston</u>


O R D E R


The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

Defendants shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.


SO ORDERED.


December 12, 2006                      /s/Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

cc:    Jeffrey M. Kaye, Esq.
        Paul A. Maggiotto, Esq.
        Terry Ollila, AUSA